IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIA CASTRO, et al.

    Plaintiffs,

    v.

STATE OF CALIFORNIA,

    Defendant.

CIV-S-05-0130 DFL GGH PS

ORDER

On May 8, 2006, plaintiffs filed a document captioned "Motion for Relief from Judgment or Order." This appears to be a motion under Fed.R.Civ.P. 60(b) seeking to set aside the court's order of October 21, 2005 dismissing this case without prejudice. However, plaintiffs simply raise the same arguments previously rejected. Because the arguments continue to lack merit, the court denies plaintiffs' motion. IT IS SO ORDERED.

Dated: 8/3/2006

DAVID F. LEVI
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26